FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 17 2015
3:25 PM
Stephan Harris, Clerk
Casper

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CINDY KAY MULLEN, Individually, and as Wrongful Death Representative of STEVEN JOHN MULLEN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>MKK CONSULTING ENGINEERS, INC.,<br><br>Defendants.<br><br>MKK CONSULTING ENGINEERS, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ENERGY LABS, INC.; et al.<br><br>Third-Party Defendants. | Civil No. 14-CV-35-S |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter, having come before the Court on the *Stipulated Motion to Dismiss with Prejudice* [the "Stipulation"] filed by Third-Party Plaintiff, MKK Consulting Engineers, Inc. ["MKK"] and Third-Party Defendant, Energy Labs, Inc. ["ELI"], and the Court, having carefully considered the *Stipulation* and being fully advised in the premises, hereby **DISMISSES WITH PREJUDICE** MKK'S *Third-Party Complaints* and claims against ELI, with each party to pay its own attorneys' fees and costs.

Dated: August 17th, 2015

_____
SCOTT W. SKAVDAHL,
United States District Judge